1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  DOUGLAS SPRAGUE (CSBN 202121 )
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9
10
                      UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13
14 UNITED STATES OF AMERICA,              )   CR No. 03-07-70345
                                          )
15       Plaintiff,                       )   STIPULATION AND [~~PROPOSED~~] ORDER
                                          )   EXTENDING THE TIME LIMIT FOR THE
16     v.                                 )   PRELIMINARY HEARING AND
                                          )   EXCLUDING TIME
17 GLENIO JESUA FERREIRA SILVA,           )
                                          )
18       Defendant.                       )
                                          )
19

20     ___On June 18, 2007, at the Initial Appearance for the defendant, the parties appeared before

21 the Court and stipulated that time should be excluded from the Speedy Trial Act calculations

22 from June 18, 2007 through July 11, 2007.  Further, counsel for the defendant waived the

23 defendant's right to a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c), (d).

24 On June 27, 2007, the Honorable Bernard Zimmerman issued an Order excluding time as

25 requested by the parties.

26      The parties now stipulate and request that the Court enter an Order that the Preliminary

27 Hearing be removed from the July 11, 2007 calendar and be continued until July 18, 2007 and

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ
                                      1

1  that time should be excluded from the Speedy Trial Act calculations from July 11, 2007 through
2  July 18, 2007 for effective preparation of counsel.
3      The Government is in the process of preparing and providing discovery to the defendant.
4  Further, counsel for the Government and defense counsel are currently discussing pre-indictment
5  resolution of this matter.  Finally, counsel for the defendant does not believe it is within his
6  client's best interest to hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P.
7  5.1(c),(d).   The parties represent that granting this continuance is necessary for effective
8  preparation of counsel to permit defense counsel to review discovery and to afford counsel time
9  to discuss pre-indictment resolution, taking into account the exercise of due diligence.   See 18
10 U.S.C. § 3161(h)(8)(B)(iv).
11  IT IS SO STIPULATED.
12                                                 SCOTT N. SCHOOLS
                                                United States Attorney
13
14
DATED: July 3, 2007                              _____/s/_____
15                                                DENISE MARIE BARTON
                                                 Assistant United States Attorney
16
17
DATED: July 3, 2007                              _____/s/_____
18                                                STEVEN GRUEL
                                                 Attorney for GLENIO JESUA FERREIRA
19                                                SILVA
20
21  **IT IS SO ORDERED.**
22     The Preliminary Hearing shall be removed from the July 11, 2007 calendar and be
23  continued until July 18, 2007.  For the reasons stated above, the Court finds that the ends of
24  justice served by the continuance outweigh the best interests of the public and the defendant in a
25  speedy trial and that time should be excluded from the Speedy Trial Act calculations from July
26  11, 2007 through July 18, 2007 for effective preparation of counsel.  See 18 U.S.C.
27  §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant
28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

1  effective preparation of counsel, taking into account the exercise of due diligence, and would
2  result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

5  DATED:__7-9-07_____                           
6                                                                Honorable
7                                                                United
                                                                 Judge James Larson

28
STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ
3