1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  DOUGLAS SPRAGUE (CSBN 202121 )
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,     )   CR No. 03-07-70345
                                   )
15 |     Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                   )   EXTENDING THE TIME LIMIT FOR THE
16 |  v.                            )   PRELIMINARY HEARING AND
                                   )   EXCLUDING TIME
17 | GLENIO JESUA FERREIRA SILVA,   )
                                   )
18 |     Defendant.                 )
                                   )
19

20    On June 18, 2007, at the Initial Appearance for the defendant, the parties appeared before

21 the Court and stipulated that time should be excluded from the Speedy Trial Act calculations

22 from June 18, 2007 through July 11, 2007.  Further, counsel for the defendant waived the

23 defendant's right to a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c), (d).

24 On June 27, 2007, the Honorable Bernard Zimmerman issued an Order excluding time as

25 requested by the parties.  On July 9, 2007, the Honorable James Larson issued an order that the

26 Preliminary Hearing be removed from the July 11, 2007 calendar and be continued until July 18,

27 2007 and that time should be excluded from the Speedy Trial Act calculations from July 11, 2007

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ
                                       1

1  through July 18, 2007 for effective preparation of counsel.

2      The parties now stipulate and request that the Court enter an Order that the Preliminary

3  Hearing be removed from the July 18, 2007 calendar and be continued until August 29, 2007 and

4  that time should be excluded from the Speedy Trial Act calculations from July 18, 2007 through

5  August 29, 2007 for effective preparation of counsel.

6      The Government is preparing and providing discovery to the defendant.  Further, counsel

7  for the Government and defense counsel are currently discussing pre-indictment resolution of this

8  matter.  Finally, counsel for the defendant does not believe it is within his client's best interest to

9  hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c),(d).   The parties

10  represent that granting this continuance is necessary for effective preparation of counsel to permit

11  defense counsel to review discovery and to afford counsel time to discuss pre-indictment

12  resolution, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

13   IT IS SO STIPULATED.

14                                                           SCOTT N. SCHOOLS
                                                          United States Attorney

15

16

DATED: July 18, 2007                                  _____/s/_____

17                                                            DENISE MARIE BARTON
                                                          Assistant United States Attorney

18

19

DATED: July 18, 2007                                  _____/s/_____

20                                                            STEVEN GRUEL
                                                          Attorney for GLENIO JESUA FERREIRA

21                                                            SILVA

22

23     **IT IS SO ORDERED.**

24      For the reasons stated above, the Court finds that the ends of justice served by the

25  continuance outweigh the best interests of the public and the defendant in a speedy trial and that

26  time should be excluded from the Speedy Trial Act calculations from July 18, 2007 through

27  August 29, 2007 for effective preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

1  to grant the requested continuance would deny the defendant effective preparation of counsel,
2  taking into account the exercise of due diligence, and would result in a miscarriage of justice.
3  See 18 U.S.C. §3161(h)(8)(B)(iv).
4
5
6  DATED:_____                    _____
7                                            Honorable Nandor J. Vadas
                                             United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

3