1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    DOUGLAS SPRAGUE (CSBN 202121 )
3   Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7359
7       Facsimile: (415) 436-7234
        denise.barton@usdoj.gov
8
    Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,          )   CR No. 03-07-70345
                                       )
15          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )   EXTENDING THE TIME LIMIT FOR THE
16  v.                                 )   PRELIMINARY HEARING AND
                                       )   EXCLUDING TIME
17  GLENIO JESUA FERREIRA SILVA,       )
                                       )
18          Defendant.                 )
                                       )
19  _____)

20      ___On June 18, 2007, at the Initial Appearance for the defendant, the parties appeared before

21  the Court and stipulated that time should be excluded from the Speedy Trial Act calculations

22  from June 18, 2007 through July 11, 2007.  Further, counsel for the defendant waived the

23  defendant's right to a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c), (d).

24  On June 27, 2007, the Honorable Bernard Zimmerman issued an Order excluding time as

25  requested by the parties.  On July 9, 2007, the Honorable James Larson issued an order that the

26  Preliminary Hearing be removed from the July 11, 2007 calendar and be continued until July 18,

27  2007 and that time should be excluded from the Speedy Trial Act calculations from July 11, 2007

28

1    through July 18, 2007 for effective preparation of counsel.

2        The parties now stipulate and request that the Court enter an Order that the Preliminary

3    Hearing be removed from the July 18, 2007 calendar and be continued until August 29, 2007 and

4    that time should be excluded from the Speedy Trial Act calculations from July 18, 2007 through

5    August 29, 2007 for effective preparation of counsel.

6        The Government is preparing and providing discovery to the defendant.  Further, counsel

7    for the Government and defense counsel are currently discussing pre-indictment resolution of this

8    matter.  Finally, counsel for the defendant does not believe it is within his client's best interest to

9    hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c),(d).   The parties

10   represent that granting this continuance is necessary for effective preparation of counsel to permit

11   defense counsel to review discovery and to afford counsel time to discuss pre-indictment

12   resolution, taking into account the exercise of due diligence.   See 18 U.S.C. § 3161(h)(8)(B)(iv).

13   IT IS SO STIPULATED.

14                                            SCOTT N. SCHOOLS
                                             United States Attorney
15

16
     DATED: July 18, 2007                    _____/s/_____
17                                           DENISE MARIE BARTON
                                             Assistant United States Attorney
18

19
     DATED: July 18, 2007                    _____/s/_____
20                                           STEVEN GRUEL
                                             Attorney for GLENIO JESUA FERREIRA
21                                           SILVA

22

23   **IT IS SO ORDERED.**

24       For the reasons stated above, the Court finds that the ends of justice served by the

25   continuance outweigh the best interests of the public and the defendant in a speedy trial and that

26   time should be excluded from the Speedy Trial Act calculations from July 18, 2007 through

27   August 29, 2007 for effective preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

1   to grant the requested continuance would deny the defendant effective preparation of counsel,

2   taking into account the exercise of due diligence, and would result in a miscarriage of justice.

3   See 18 U.S.C. §3161(h)(8)(B)(iv).

4

5

6   DATED:_____        _____

7                 July 19, 2007

                                      Honorable Nandor J. Vadas
8                                     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ