1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    BRIAN STRETCH (CABN 163973)
3   Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7359
7       Facsimile: (415) 436-7234
        denise.barton@usdoj.gov
8
    Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,        )   CR No. 03-07-70345
                                     )
15          Plaintiff,               )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXTENDING THE TIME LIMIT FOR THE
16  v.                               )   PRELIMINARY HEARING AND
                                     )   EXCLUDING TIME
17  GLENIO JESUA FERREIRA SILVA,     )
                                     )
18          Defendant.               )
                                     )
    ─────────────────────────────────)
19

20      ___ The parties now stipulate and request that the Court enter an Order that the Preliminary

21  Hearing be removed from the August 29, 2007 calendar and be continued until September 14,

22  2007 and that time should be excluded from the Speedy Trial Act calculations from August 29,

23  2007 through September 14, 2007 for effective preparation of counsel.  The Government has

24  provided voluminous discovery to the defendant and defense counsel requires time to review it.

25  Further, counsel for the Government and defense counsel are currently discussing pre-indictment

26  resolution of this matter.  Finally, counsel for the defendant does not believe it is within his

27  client's best interest to hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P.

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

5.1(c),(d).   The parties represent that granting this continuance is necessary for effective

preparation of counsel to permit defense counsel to review discovery and to afford counsel time

to discuss pre-indictment resolution, taking into account the exercise of due diligence.   <u>See</u> 18

U.S.C. § 3161(h)(8)(B)(iv).

 IT IS SO STIPULATED.

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney


DATED: August 28, 2007                    _____/s/_____
                                                    DENISE MARIE BARTON
                                                    Assistant United States Attorney


DATED: August 28, 2007                    _____/s/_____
                                                    STEVEN GRUEL
                                                    Attorney for GLENIO JESUA FERREIRA
                                                    SILVA


**IT IS SO ORDERED.**

        For the reasons stated above, the Court finds that the ends of justice served by the

continuance outweigh the best interests of the public and the defendant in a speedy trial and that

time should be excluded from the Speedy Trial Act calculations from August 29, 2007 through

September 14, 2007 for effective preparation of counsel. <u>See</u> 18 U.S.C. §3161(h)(8)(A).  The

failure to grant the requested continuance would deny the defendant effective preparation of

counsel, taking into account the exercise of due diligence, and would result in a miscarriage of

justice. <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).


DATED:_____8/28/07_____                    _____
                                                    Hon. _____
                                                    United States Magistrate Judge

                                                    Judge Joseph C. Spero