```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 03-07-70345 |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME |
| v. ) | |
| GLENIO JESUA FERREIRA SILVA, ) | |
| Defendant. ) | |

    The parties now stipulate and request that the Court enter an Order that the Preliminary Hearing be removed from the September 28, 2007 calendar and be continued until October 26, 2007 and that time should be excluded from the Speedy Trial Act calculations from September 28, 2007 through October 26, 2007 for effective preparation of counsel. The Government has provided voluminous discovery to the defendant and defense counsel requires time to review it. Further, counsel for the Government and defense counsel are currently discussing pre-indictment resolution of this matter. Finally, counsel for the defendant does not believe it is within his client's best interest to hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P.

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

1

1  5.1(c),(d).  The parties represent that granting this continuance is necessary for effective
2  preparation of counsel to permit defense counsel to review discovery and to afford counsel time
3  to discuss pre-indictment resolution, taking into account the exercise of due diligence.  See 18
4  U.S.C. § 3161(h)(8)(B)(iv).
5   IT IS SO STIPULATED.

6                                              SCOTT N. SCHOOLS
                                                United States Attorney
7

8
   DATED: September 26, 2007          _____/s/_____
9                                              DENISE MARIE BARTON
                                                Assistant United States Attorney
10

11
   DATED: September 26, 2007          _____/s/_____
12                                              STEVEN GRUEL
                                                Attorney for GLENIO JESUA FERREIRA
13                                              SILVA

14

15     **IT IS SO ORDERED.**

16         For the reasons stated above, the Court finds that the ends of justice served by the
17  continuance outweigh the best interests of the public and the defendant in a speedy trial and that
18  time should be excluded from the Speedy Trial Act calculations from September 28, 2007
19  through October 26, 2007 for effective preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).
20  The failure to grant the requested continuance would deny the defendant effective preparation of
21  counsel, taking into account the exercise of due diligence, and would result in a miscarriage of
22  justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

23

24

25  DATED:_____          _____

26                                              Honorable Nandor J. Vadas
                                                United States Magistrate Judge
27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ
2