AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>8 USC § 1324(a)(1)(A)(iii) - Alien Harboring | ☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☑ Felony | **DEFENDANT - U.S.**<br>▶ GLENIO JESUA FERREIRA SILVA<br><br>DISTRICT COURT NUMBER<br>CR 07 0678 JSW |
| **PENALTY:**<br>Class D Felony -- imprisonment not more than 5 years, maximum of 3 years supervised release; $100 special assessment; potential deportation |||

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security, Immigration and Customs Enfocement, SA Christopher Purfeerst

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
MAGISTRATE CASE NO.
3-07-70345 BZ

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Denise Marie Barton

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution
US Marshal's Service

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year  6/15/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year  6/18/2007

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

GLENIO JESUA FERREIRA SILVA

DEFENDANT.

## INDICTMENT

Title 8, United States Code, Section 1324(a)(1)(A)(iii) -
Alien Harboring

_____

A true bill.

_____
Foreman

Filed in open court this ___ day of
Oct 2007

BETTY FONG
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Process    Bail, $ _____

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |

FILED
07 OCT 25 PM 2:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. CR 07 0678 |
| Plaintiff, | ) | VIOLATION: Title 8, United States Code, Section 1324(a)(1)(A)(iii) – Alien Harboring |
| v. | ) | |
| GLENIO JESUA FERREIRA SILVA, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:

Beginning on a date unknown to the Grand Jury but not later than April 30, 2000, and continuing until on or about June 15, 2007, in the Northern District of California, the defendant,

GLENIO JESUA FERREIRA SILVA,

did knowingly and intentionally conceal, harbor, and shield from detection aliens, including John Doe #1; John Doe #2; John Doe #3; John Doe #4; John Doe #5; and John Doe #6 at 954 B Street, Hayward, California and 599 Monterey Street, San Francisco, California, in

//

| | |
|---|---|
| 1 | knowing or reckless disregard of the fact that the aliens had remained in the United States in |
| 2 | violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii). |
| 3 | |
| 4 | DATED: October 25, 2007 |

A TRUE BILL.

*[signature]*
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

*[signature]*

GREGG W. LOWDER
Assistant United States Attorney
Chief, Major Crimes Section

(Approved as to form: *Denise N Barton* )
       AUSA BARTON

2