**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

Date: November 1, 2007

Case No. CR- 07-678 JSW  Judge: Jeffrey S. White

United States of America  v.  Glenio Silva
   Defendant
   Present ( X ) Not Present ( ) In-Custody ( )

Denise Barton                           Steven Gruel
U.S. Attorney                           Defense Counsel

Deputy Clerk: Jennifer Ottolini         Court Reporter: Lydia Zinn
                                        Portugese Interpreter: Stella Hecht

**PROCEEDINGS**

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**

Case Continued to 12-13-07 at 2:30 p.m. for Trial / Motion Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**