UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date:   January 24, 2008

Case No.  CR- 07-678  JSW           Judge:  Jeffrey S. White

United States of America   v.   Glenio Silva
                                                 Defendant
                                                 Present ( X  ) Not Present (  ) In-Custody (  )

| Denise Barton | Steven Gruel |
|---|---|
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini        Court Reporter: Jim Yeomans
                                       Portugese Interpreter: Luisa McEwen

## PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   Initial discovery has been received.  Defense counsel needs time to review.  Government counsel informed the Court that a material witness has surfaced and that a deposition may need to be taken.
The Court informed counsel that it expects that all additional discovery, including any depositions shall be concluded by the next calling of the case.

Case Continued to 3-6-08 at 2:30 p.m. for Further Status / Trial Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**