JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> GLENIO JESUA FERREIRA SILVA, <br>     Defendant. | No. CR 07-0678 JSW <br><br> **NOTICE OF VIDEO DEPOSITION TO MATERIAL WITNESS ANDREA DESOUZA** <br><br> Date: April 2, 2008 <br> Time: 9:00am <br> Place: 450 Golden Gate Ave., 10th Floor |

    PLEASE TAKE NOTICE that on **Wednesday, April 2, 2008**, at the Offices of the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, 10th Floor, San Francisco, California, counsel for the United States will take the oral and video deposition of **ANDREA DESOUZA,** pursuant to Rule 15 of the Federal Rules of Criminal Procedure and the Order of Judge Jeffrey S. White, dated March 21, 2008 (ECF No. 36). The deposition will begin

//

//

//

//

NOTICE OF VIDEO DEPOSITION TO MATERIAL WITNESS ANDREA DESOUZA  - CR 07-0678.

at **9:00am**, will continue until completed, and will be stenographically recorded by a duly certified shorthand reporter, and videotaped by a duly certified videographer.

DATED: March 21, 2008

                           JOSEPH P. RUSSONIELLO
                           United States Attorney


                           _/s/ Denise Barton_
                           DENISE MARIE BARTON
                           Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that, on March 21, 2008, she served a copy of the foregoing document described as:

**NOTICE OF VIDEO DEPOSITION TO MATERIAL WITNESS ANDREA DESOUZA**

   X    Via United States District Court Electronic Filing Services on the party below:

**Steven Francis Gruel**
**Law Office of Steven F. Gruel**
**655 Montgomery Street, Suite 1700**
**San Francisco, CA 94111**
**Email: attystevengruel@sbcglobal.net**
**(Counsel for Glenio Silva)**


   X    Via Fax and USPS Regular Mail on the party below:

**Camellia Baray, Esq.**
**Bonjour Thorman & Baray**
**24301 Southland Dr., Ste. 312**
**Hayward, CA 94545**
**Telephone: 510-785-8400**
**Fax: 510-670-0955**
**(Counsel for Andrea Desouza)**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21 , 2007                              /s/
                                                  HUI CHEN
                                                  United States Attorney's Office