JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>GLENIO JESUA FERREIRA SILVA,<br>    Defendant. | No. CR 07-0678 JSW<br><br>**NOTICE OF VIDEO DEPOSITION TO MATERIAL WITNESS GERALDO RODRIGUES**<br><br>Date: April 16, 2008<br>Time: 9:00am<br>Place: 450 Golden Gate Ave., 10th Floor |

    PLEASE TAKE NOTICE that on **Wednesday, April 16, 2008**, at the Offices of the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, 10th Floor, San Francisco, California, counsel for the United States will take the oral and video deposition of **GERALDO RODRIGUES,** pursuant to Rule 15 of the Federal Rules of Criminal Procedure and the Order of Judge Jeffrey S. White, dated March 21, 2008 (ECF No. 36). The deposition will

//
//
//
//

NOTICE OF VIDEO DEPOSITION TO MATERIAL WITNESS GERALDO RODRIGUES - CR 07-0678.
1

1  begin at **9:00am**, will continue until completed, and will be stenographically recorded by a duly
2  certified shorthand reporter, and videotaped by a duly certified videographer
3
4  DATED: March 28, 2008
5
6                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
7
8
9               _____/s/_____
                DENISE MARIE BARTON
10              Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that, on March 28, 2008, she served a copy of the foregoing document described as:

**NOTICE OF VIDEO DEPOSITION TO MATERIAL WITNESS GERALDO RODRIGUES**

\_\_X\_\_   Via United States District Court Electronic Filing Services on the party below:

Steven Francis Gruel
Law Office of Steven F. Gruel
655 Montgomery Street, Suite 1700
San Francisco, CA 94111
Email: attystevengruel@sbcglobal.net
(Counsel for Glenio Silva)

\_\_X\_\_   Via hand delivery on the party below:

Ronald Tyler, AFPD
Federal Public Defender's Office
450 Golden Gate Avenue, 19th Fl.
San Francisco, CA 94102
(Counsel for Geraldo Rodrigues)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28 , 2007          /s/
                                HUI CHEN
                                United States Attorney's Office