1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,       ) No. CR 07-0678 JSW
                                    )
15 |     Plaintiff,                  ) STIPULATION AND [PROPOSED] ORDER
                                    ) CONTINUING THE STATUS DATE FOR
16 | v.                              ) MATERIAL WITNESS ANDREA DESOUZA
                                    )
17 | GLENIO SILVA,                   )
                                    )
18 |     Defendant.                  )
                                    )
19

20      Per Order of the Honorable Jeffrey S. White, dated March 21, 2008 (*ECF No. 36*),

21 Andrea DeSouza has been designated as a material witness in the above-referenced matter.

22 DeSouza is also charged and currently being held in connection with the matter of <u>United States</u>

23 <u>v. Andrea DeSouza</u>, CR 07-70346 BZ.  On March 11, 2008, DeSouza appeared before the

24 Honorable Joseph C. Spero on the material witness arrest warrant. She was advised of the

25 warrant, was afforded an opportunity to seek release pursuant to Title 18, United States Code,

26 section 3142, and waived her right to a detention hearing.  (*ECF Document No. 32*).  The

27 material witness matter was then set for a status date before the Magistrate Court on April 2,

28 2008, the date on which the matter of <u>United States v. Andrea DeSouza</u>, CR 07-70346 BZ was

STIPULATION AND [PROPOSED] ORDER - CR 07-0678 JSW
                              1

1  next set for a Preliminary Hearing / Status date.  On March 27, 2008, following a Stipulation by
2  the parties, the Court entered an Order continuing the Preliminary Hearing date in the matter of
3  United States v. Andrea DeSouza, CR 07-70346 BZ, from April 2, 2008 to April 14, 2008.
4  *(ECF Document No. 7* in United States v. Andrea DeSouza, CR 07-70346 BZ *)*.  The parties
5  inadvertently neglected to continue the status date in the DeSouza material witness matter at the
6  same time.  The parties anticipate that DeSouza will be deposed in this matter in early to mid-
7  April 2008 which will thereafter permit dismissal of the material witness warrant.  For these
8  reasons, the parties respectfully request that this Court continue the status date for material
9  witness Andrea DeSouza from April 2, 2008 to April 14, 2008.

11   IT IS SO STIPULATED.

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

13  DATED: April 1, 2008                  _____/s/_____
14                                              DENISE MARIE BARTON
                                              Assistant United States Attorney

16  DATED: April 1, 2008                  _____/s/_____
                                              CAMELLIA BARAY
17                                              Attorney for ANDREA DESOUZA


19  **IT IS SO ORDERED.**

21     For the reasons stated above, the Status date before the Magistrate Court for material witness
22  Andrea DeSouza shall be removed from the April 2, 2008 calendar and continued to April 14,
23  2008.

26  DATED:_____              _____
                                              HONORABLE JAMES LARSON
27                                              United States Chief Magistrate Judge

STIPULATION AND [PROPOSED] ORDER - CR 07-0678 JSW
2