UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date:  April 3, 2008

Case No.  CR- 07-678  JSW           Judge:  Jeffrey S. White

United States of America   v.   Glenio Silva
                                 Defendant
                                 Present ( X ) Not Present ( ) In-Custody ( )

| Denise Barton | Steven Gruel |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini      Court Reporter: Kathy Powell
                                     Portuguese Interpreter: Susan Howard

## PROCEEDINGS

REASON FOR HEARING: Trial Setting

RESULT OF HEARING:   The material witness depositions are scheduled to go forward on April 15 and 16, 2008.

Defense counsel has indicated the need for 2 rounds of motions.  Counsel shall meet and confer prior to the filing of motions.
The Court scheduled the following motion briefing for the first round of motions:

Motion due: 4-11-08
Opposition due: 4-25-08
Reply due: 5-2-08

Hearing on Motions: 5-8-08 at 2:30 p.m.

TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161