UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

       Plaintiff(s),                          No. C 07-00678-1 JSW

  v.                                      **CLERK'S NOTICE**

SILVA

       Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on May 15, 2008 at 2:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the hearing on the Motions previously scheduled for May 8, 2008, in this matter.   The briefing schedule remains as set in court on April 3, 2008.

Richard W. Wieking
Clerk, United States District Court

By:_____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated:  April 4, 2008