JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   Email: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>v.<br>GLENIO JESUA FERREIRA SILVA,<br>   Defendant. | No. CR 07-0678 JSW<br>**AMENDED NOTICE OF VIDEO DEPOSITION TO MATERIAL WITNESS ANDREA DESOUZA**<br>Date: April 15, 2008<br>Time: 11:00am<br>Place: 450 Golden Gate Ave., 10th Floor |

    PLEASE TAKE NOTICE that on **Tuesday, April 15, 2008**, at the Offices of the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, 10th Floor, San Francisco, California, counsel for the United States will take the oral and video deposition of **ANDREA DESOUZA,** pursuant to Rule 15 of the Federal Rules of Criminal Procedure and the Order of Judge Jeffrey S. White, dated March 21, 2008 (ECF No. 36). The deposition will begin

//
//
//
//

AMENDED NOTICE OF VIDEO DEPOSITION TO MATERIAL WITNESS ANDREA DESOUZA - CR 07-0678.

1

1  at **11:00am**, will continue until completed, and will be stenographically recorded by a duly
2  certified shorthand reporter, and videotaped by a duly certified videographer
3
4  DATED: April 4, 2008
5
6                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
7
8
9                                          _____/s/_____
                                            DENISE MARIE BARTON
10                                          Assistant United States Attorney

AMENDED NOTICE OF VIDEO DEPOSITION TO MATERIAL WITNESS ANDREA DESOUZA  - CR 07-0678.

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that, on April 4, 2008, she served a copy of the foregoing document described as:

**AMENDED NOTICE OF VIDEO DEPOSITION TO MATERIAL WITNESS ANDREA DESOUZA**

in the case of *UNITED STATES OF AMERICA v. SILVA*, **CR 07-0678 JSW**,

\_\_X\_\_   Via United States District Court Electronic Filing Services on the party below:

Steven Francis Gruel
Law Office of Steven F. Gruel
655 Montgomery Street, Suite 1700
San Francisco, CA 94111
Email: attystevengruel@sbcglobal.net
(Counsel for Glenio Silva)

\_\_X\_\_   Via Fax on the party below:

Camellia Baray, Esq.
Bonjour Thorman & Baray
24301 Southland Dr., Ste. 312
Hayward, CA 94545
Telephone: 510-785-8400
Fax: 510-670-0955
(Counsel for Andrea Desouza)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4 , 2007                                   /s/
                                                        HUI CHEN
                                                        United States Attorney's Office

AMENDED NOTICE OF VIDEO DEPOSITION TO MATERIAL WITNESS ANDREA DESOUZA  - CR 07-0678.