JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>   v. )<br>GLENIO JESUA FERREIRA SILVA, )<br>      Defendant. ) | CR No. 07-678 JSW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

On January 24, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from January 24, 2008 to March 6, 2008. The parties represented that granting the continuance was necessary for effective

//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 07-678 JSW
1

1  preparation of counsel to afford defense counsel time to review additional discovery, taking into
2  account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

6  SO STIPULATED:
                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

8  DATED: April 4, 2008          _____/s/_____
                                             DENISE MARIE BARTON
9                                            Assistant United States Attorney

11
   DATED: April 4, 2008          _____/s/_____
12                                           STEVEN GRUEL
                                             Attorney for GLENIO SILVA

15      As the Court found on January 24, 2008, and for the reasons stated above, the Court finds
16 that the ends of justice served by the continuance outweigh the best interests of the public and
17 the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
18 calculations from January 24, 2008 to March 6, 2008 for effective preparation of counsel. See
19 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel
20 reasonable time necessary for effective preparation, taking into account the exercise of due
21 diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

22 SO ORDERED.

26 DATED:_____        _____
                                             Honorable Jeffrey S. White
27                                           United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 07-678 JSW
2