1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLENIO JESUA FERREIRA SILVA, )<br>)<br>Defendant. )<br>_____ ) | CR No. 07-678 JSW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

On April 3, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from April 3, 2008 to April 11, 2008, upon which date the defendant will file pre-trial discovery motions. The parties represented that granting the continuance was necessary for effective preparation of counsel to

//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 07-678 JSW

1

afford defense counsel time to prepare the motions, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                          JOSEPH P. RUSSONIELLO
                          United States Attorney

DATED: April 4, 2008                  /s/_____
                          DENISE MARIE BARTON
                          Assistant United States Attorney

DATED: April 4, 2008                  /s/_____
                          STEVEN GRUEL
                          Attorney for GLENIO SILVA

     As the Court found on April 3, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from April 3, 2008 through April 11, 2008 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____               _____
                          Honorable Jeffrey S. White
                          United States District Court Judge