JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-678 JSW |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
|   v. ) | |
| GLENIO JESUA FERREIRA SILVA, ) | |
|    Defendant. ) | |

     On November 1, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from November 1, 2007 to December 13, 2007. The parties represented that granting the continuance was necessary for

//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 07-678 JSW
1

1  effective preparation of counsel to afford defense counsel time to review discovery, taking into
2  account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

5
6  SO STIPULATED:
                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney
7
8  DATED: April 4, 2008                _____/s/_____
                                          DENISE MARIE BARTON
9                                         Assistant United States Attorney

11
12 DATED: April 4, 2008                _____/s/_____
                                          STEVEN GRUEL
                                          Attorney for GLENIO SILVA
13

15      As the Court found on November 1, 2007, and for the reasons stated above, the Court
16 finds that the ends of justice served by the continuance outweigh the best interests of the public
17 and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
18 calculations from November 1, 2007 to December 13, 2007 for effective preparation of counsel.
19 See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny
20 counsel reasonable time necessary for effective preparation, taking into account the exercise of
21 due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

22 SO ORDERED.

26 DATED: April 9, 2008          _____
                                          Honorable Jeffrey S. White
27                                        United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 07-678 JSW