JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-678 JSW |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. ) | |
| GLENIO JESUA FERREIRA SILVA, ) | |
|    Defendant. ) | |

     On January 24, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from January 24, 2008 to March 6, 2008. The parties represented that granting the continuance was necessary for effective

//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 07-678 JSW

1

preparation of counsel to afford defense counsel time to review additional discovery, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:
                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

DATED: April 4, 2008                    /s/
                                         DENISE MARIE BARTON
                                         Assistant United States Attorney


DATED: April 4, 2008                    /s/
                                         STEVEN GRUEL
                                         Attorney for GLENIO SILVA


     As the Court found on January 24, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from January 24, 2008 to March 6, 2008 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: April 9, 2008                                                     
                                         Honorable Jeffrey S. White
                                         United States District Court Judge