1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2
    BRIAN STRETCH (CABN 163973)
3   Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7359
7       Facsimile: (415) 436-7234
        denise.barton@usdoj.gov
8
    Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   CR No. 07-678 JSW
                                       )
15          Plaintiff,                 )   STIPULATION AND [~~PROPOSED~~] ORDER
                                       )   EXCLUDING TIME
16      v.                             )
                                       )
17  GLENIO JESUA FERREIRA SILVA,       )
                                       )
18          Defendant.                 )
                                       )
19  _____    )

20          On April 3, 2008, the parties in this case appeared before the Court and stipulated that

21  time should be excluded from the Speedy Trial Act calculations from April 3, 2008 to April 11,

22  2008, upon which date the defendant will file pre-trial discovery motions.  The parties

23  represented that granting the continuance was necessary for effective preparation of counsel to

24  //

25  //

26  //

27  //

28  //

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME - CR 07-678 JSW
                                    1

1  afford defense counsel time to prepare the motions, taking into account the exercise of due

2  diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

3

4  SO STIPULATED:

5                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
6

7  DATED: April 4, 2008              _____/s/_____
                                           DENISE MARIE BARTON
8                                          Assistant United States Attorney

9

10
   DATED: April 4, 2008              _____/s/_____
11                                         STEVEN GRUEL
                                           Attorney for GLENIO SILVA
12

13

14        As the Court found on April 3, 2008, and for the reasons stated above, the Court finds

15  that the ends of justice served by the continuance outweigh the best interests of the public and

16  the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

17  calculations from April 3, 2008 through April 11, 2008 for effective preparation of counsel.  See

18  18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel

19  reasonable time necessary for effective preparation, taking into account the exercise of due

20  diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

21

22  SO ORDERED.

23

24

25  DATED: April 9, 2008             _____
                                           Honorable Jeffrey S. White
26                                         United States District Court Judge

27

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 07-678 JSW
                                    2