JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-678 JSW |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| GLENIO JESUA FERREIRA SILVA, | |
|    Defendant. | |

On October 26, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from October 26, 2007 to November 1, 2007. The parties represented that granting the continuance was necessary for

//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME- CR 07-678 JSW

1

1  effective preparation of counsel, taking into account the exercise of due diligence.  <u>See</u> 18
2  U.S.C. § 3161(h)(8)(B)(iv).

5
6  SO STIPULATED:
                                                JOSEPH P. RUSSONIELLO
7                                               United States Attorney

8  DATED: April 4, 2008              _____/s/_____
                                                DENISE MARIE BARTON
9                                               Assistant United States Attorney

11
   DATED: April 4, 2008              _____/s/_____
12                                              STEVEN GRUEL
                                                Attorney for GLENIO SILVA

15       As the Court found on October 26, 2007, and for the reasons stated above, the Court finds
16 that the ends of justice served by the continuance outweigh the best interests of the public and
17 the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
18 calculations from October 26, 2007 to November 1, 2007 for effective preparation of counsel.
19 <u>See</u> 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny
20 counsel reasonable time necessary for effective preparation, taking into account the exercise of
21 due diligence, and would result in a miscarriage of justice.  <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

22 SO ORDERED.

26 DATED:____April 10, 2008____                _____
27                                             Honorable _____ Chen
                                                United States Magistrate Court Judge

*IT IS SO ORDERED* — Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME- CR 07-678 JSW
2