STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94111
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Glenio Silva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00678-JSW |
| ) | |
| Plaintiff, ) | DEFENDANT GLENIO SILVA'S |
| ) | MOTION FOR NOTICE BY |
| Vs. ) | GOVERNMENT OF THE |
| ) | INTENTION TO USE EVIDENCE |
| GLENIO JESUA FERREIRA SILVA, ) | |
| ) | DATE: May 15, 2008 |
| Defendants. ) | TIME: 2:30 p.m. |
| ) | |
| ) | |
| ) | |

    Defendant Glenio Silva by and through his attorney, Steven F. Gruel, Esquire, hereby submits this DEFENDANT GLENIO SILVA'S MOTION FOR NOTICE BY GOVERNMENT OF INTENTION TO USE EVIDENCE.

I. DEFENDANT GLENIO SILVA'S REQUEST

  Pursuant to Rule 12(d)(2) of the Federal Rules of Criminal Procedure, Mr. Silva hereby requests notice of the government's intention to use in its evidence in chief at trial all evidence which he is entitled to discover under Rule 16. This request, and more importantly the government's response, is important for several reasons.

1  Depending upon what evidence the government may seek to introduce at trial will determine
2  what additional pretrial motions Mr. Silva must file prior to trial.  Simply put, the government's
3  list of trial evidence for its case-in-chief is not only required by Rule 12(d)(3), but may also save
4  time from filing needless pretrial motions regarding "evidence" which the government does not
5  intend to offer at trial.

                         Respectfully Submitted,

Dated:  April 11 2008        /s/_____
                              STEVEN F. GRUEL
                              Attorney for Glenio Silva