STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94111
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Glenio Silva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-07-00678-JSW |
|---|---|
| Plaintiff, | ) DEFENDANT GLENIO SILVA'S |
| | ) REQUEST FOR NOTICE |
| Vs. | ) OF RULE 404(b) EVIDENCE |
| GLENIO JESUA FERREIRA SILVA, | ) DATE: May 15, 2008 |
| | ) TIME: 2:30 p.m. |
| Defendants. | ) |

Defendant Glenio Silva by and through his attorney, Steven F. Gruel, Esquire, hereby submits DEFENDANT GLENIO SILVA'S REQUEST FOR NOTICE OF RULE 404(b) EVIDENCE.

<u>DEFENDANT GLENIO SILVA'S REQUEST</u>

Pursuant to Rule 404(b) of the Federal Rules of Evidence, defendant Glenio Silva hereby requests notice of the government's intention to introduce any 404(b) evidence at trial.

Respectfully Submitted,

Dated: April 11, 2008        /s/_____
STEVEN F. GRUEL
Attorney for Glenio Silva

*DEFENDANT GLENIO SILVA'S REQUEST FOR NOTICE OF RULE 404(b) EVIDENCE*
- 1