STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Glenio Silva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>         Plaintiff,                              )<br>                                                        )<br>     Vs.                                          )<br>                                                        )<br>GLENIO JESUA FERREIRA SILVA, )<br>                                                        )<br>         Defendant.                          )<br>                                                        )<br>                                                        )<br>_____ ) | No. CR-07-00678-JSW<br><br>DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF DEFENDANT GLENIO SILVA'S MOTION TO COMPEL DISCOVERY |

I, STEVEN F. GRUEL, declare as follows:

1. I make this declaration in support of Glenio Silva's Motion For Additional Discovery. Unless otherwise stated, the facts in this declaration are true of my personal knowledge.

2. Prior to becoming a criminal defense attorney, I served in the United States Justice Department. First, from 1987 to 1989 I was a trial attorney with the Immigration and Naturalization Service (INS) at 630 Sansome Street in San Francisco. From 1989 to 2005 I was a Special Assistant and then Assistant United States Attorney prosecuting federal criminal cases in the Northern District of California – San Francisco, Oakland, and San Jose. During that time

*DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF DEFENDANT GLENIO SILVA'S MOTION FOR DISCOVERY*

- 1

I spent over 10 years in the Organized Crime and Racketeering Section (OCRS). I served as the Acting Chief of the OCRS in 2002 and was the Chief of the Major Crimes Section from 2002 - 2004.

3. Defense and government counsel have discussed Mr. Silva's recent discovery requests. While many items were worked out between the parties, the limited discovery requests outlined in the defendant's motion to compel discovery were not. Consequently, these specific requests are in the Motion to Compel filed herewith.

4. While working with the INS, in addition to representing the government at deportation hearings, I also worked in the Employer' Sanctions Unit (ESU). The ESU enforced violations by employers for knowingly hiring workers who were illegally in the United States. INS has been replaced by the agency called Immigration and Customs Enforcement (ICE). I know that ICE includes a program called worksite enforcement as a part of its investigative responsibilities.

5. I have reviewed the discovery in this case and learned that an informant (s) were used as part of the investigation. One informant was the former manager and "investor" as Monterey Pizza named Silvano Santos. The government has openly disclosed Mr. Santos as an informant. The other informant is identified only as SA-1180-SF was used by the government in its investigation.

According to the ICE reports, SA-1180-SF told ICE agents that Mr. Silva employed illegal aliens and helped them in getting counterfeit documents likes phony California Driver's Licenses. SA-1180-SF also said that Mr. Silva helped obtain fake social security cards and Puerto Rican birth certificates in order to obtain California Driver's Licenses. SA-1180-SF also said that Mr. Silva charged individuals $4,000.00 to obtain phony California Driver's license.

6. According to the government's discovery, SA-1180-SF was more than a "tipster" in that on at least one occasions he met with ICE agents on March 5, 2007 and provided them with copies of the "books" kept by Mr. Silva for Monterey Pizza. These "books" were provided 3

*DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF DEFENDANT GLENIO SILVA'S MOTION FOR DISCOVERY*

- 2

months before the June 15, 2007 raid at Monterey Pizza.  The "books" obtained by SA-1180-SF from Mr. Silva allegedly recorded daily pizza sales and daily payments to employees.

Further, SA-1180-SF provided ICE agents with updated personal contact information for Mr. Silva, such as his home telephone number, cell phone number and Mr. Silva's wife's cell phone number.  Therefore, either the case involves one informant (Mr. Santos) or two informants, the other being SA-1180-SF.   If SA-1180-SF *is* Silvano Santos, it then appears that ICE had an informant working undercover at Monterey Pizza before the June 15, 2007 raid.  The defense has not been told anything about an undercover operation in this case.

If SA-1180-SF is someone other than Silvano Santos disclosure of the person's identity is required because this person clearly had an active role in the investigation beyond that as tipping the police with information.

7. ICE has a website describing the worksite enforcement mission.  It states in part:

Worksite Enforcement (WSE) Investigations

Worksite Enforcement investigations focus on egregious employers involved in criminal activity or worker exploitation. This type of employer violation will often involve alien smuggling, document fraud, human rights abuses and/or other criminal or substantive administrative immigration or customs violations having a direct nexus to the employment of unauthorized workers. Worksite investigations also encompass employers who are subjecting unauthorized alien workers to substandard or abusive working conditions. Also included in these types of investigations are employers who utilize force, threat, or coercion, such as threats to have employees deported in order to keep the unauthorized alien workers from reporting the substandard wage or working conditions.

The Worksite Enforcement Unit's mission encompasses enforcement activities intended to mitigate the risk of terrorist attacks posed by unauthorized workers employed in secure areas of our nation's critical infrastructure. In order to fulfill this mission, ICE special agents apply risk assessment principles to their critical infrastructure and worksite enforcement cases in order to maximize the impact of our limited resources against the most significant threats and violators.

Though worksite enforcement efforts are focused on investigations related to critical infrastructure and national security, these efforts and resources are also extended to other places

of employment. Unauthorized workers employed at sensitive sites and critical infrastructure facilities—such as airports, seaports, nuclear plants, chemical plants and defense facilities—pose serious homeland security threats.

Worksite enforcement investigations often involve egregious violations of criminal statutes by employers and widespread abuses, and by uncovering such violations, ICE can send a strong deterrent message to other employers who knowingly employ illegal aliens. These worksite enforcement cases often involve additional violations such as alien smuggling, alien harboring, document fraud, money laundering, fraud or worker exploitation.

The complete webpage is attached hereto as Exhibit A.

8. ICE's website also includes a section detailing media releases regarding nationwide worksite enforcement. I reviewed this section and found 3 enforcements in the San Francsico Bay Area. One of these cases is the June 15, 2007 ICE raid and arrests pertaining to the two pizza parlors. The other two local worksite enforcement actions involve the arrest of seven illegal workers from Mexico at a customs warehouse at the Port of Oakland and the other case pertains to the investigation and arrests at a Oakland cabinet shop. The three ICE media accounts are attached hereto as Exhibit B and fully incorporated herein.

9. San Francisco has proclaimed that it is a sanctuary city. Since 1989, as such, city employees have been and are mandated not to assist INS, and its successor ICE, with the detection, apprehension or assistance of illegal aliens residing in San Francisco. Attached hereto as Exhibit C is a recent press release from San Francisco Mayor's website regarding the sanctuary city status.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.    Executed this 17 day of April 2008, at San Francisco, California.

           /s/
     STEVEN F. GRUEL, Esquire
     Attorney for Glenio Silva

*DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF DEFENDANT GLENIO SILVA'S MOTION FOR DISCOVERY*

- 4