UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-678 JSW |
| Plaintiff, | DECLARATION OF CHRISTOPHER PURFEERST |
| v. | Hearing Date: May 15, 2008, 2:30 pm<br>Courtroom: Floor 17, Ctrm 2 |
| GLENIO JESUA FERREIRA SILVA, | |
| Defendant. | |

I, Christopher Purfeerst, declare the following to be true under pain of perjury:

1. I am a Special Agent with the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), currently appointed to the Office of the Special Agent in Charge, San Francisco, (SAC/SF). I have been employed as a Special Agent with ICE since June 19, 2005. Prior to my employment as a Special Agent with ICE, I was employed by the United States Border Patrol as a Senior Patrol Agent.

2. I am currently assigned to the Office of Investigations, Worksite Enforcement Unit. I have been assigned to this Unit since December 2005. The Worksite Enforcement Unit investigates matters concerning the unlawful employment, smuggling, and harboring of certain aliens in violation of Title 8, United States Code, Sections 1324 et. al. Although

DECLARATION OF CHRISTOPHER PURFEERST - CR 07-678 JSW

1

1. the investigation and prosecution of persons who employ aliens illegally present in the United States has always been within the responsibilities of ICE, this area became an ICE priority in approximately early 2007. In the San Francisco area, the Worksite Enforcement Unit is responsible for these investigations.

3. I am the case agent assigned to the investigation that gave rise to the pending charges against Glenio Silva. The investigation and prosecution of Silva was not motivated by or related to his race, religion, sex, national origin, or other arbitrary classification. The investigation fell squarely within the mission of the Worksite Enforcement Unit of ICE, which is, among other things, to investigate the harboring of aliens in violation of 8 U.S.C. § 1324.

4. In the course of my investigation, I met with an ICE informant who has been identified in my reports as SA-1180-SF, and at times in error as SA-1130-SF. SA-1180-SF and SA-1130-SF refer to one person. This person is not Silvano Santos.

5. With respect to the role that this informant had in the investigation, this person had no direct dealings with Glenio Silva; had no first hand knowledge concerning Silva; never served as an undercover informant in any dealings with Silva; and in fact, has never met Silva.

EXECUTED THIS 30th DAY OF APRIL 2008.

_____
CHRISTOPHER PURFEERST

DECLARATION OF CHRISTOPHER PURFEERST - CR 07-678 JSW

2