STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94111
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Glenio Silva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    Vs.<br><br>GLENIO JESUA FERREIRA SILVA,<br><br>            Defendant. | ) No. CR-07-00678-JSW<br>)<br>) DEFENDANT GLENIO SILVA'S<br>) REPLY TO GOVERNMENT'S<br>) OPPOSITION FOR A BILL OF<br>) PARTICULARS<br>)<br>) DATE:  May 15, 2008<br>) TIME:  2:30 p.m.<br>)<br>)<br>)<br>) |

Defendant Glenio Silva by and through his attorney, Steven F. Gruel, Esquire, hereby submits DEFENDANT GLENIO SILVA'S REPLY TO GOVERNMENT'S OPPOSITION FOR A BILL OF PARTICULARS.

### THE  MOTION  IS  MOOT

Defendant Glenio Silva moved the Court for a Bill of Particulars because, in part, it was unclear exactly who it was that he knowingly, so as to avoid detection, harbored in the United States.  The government's indictment simply stated that Mr. Silva harbored "John Does" one through six.

*DEFENDANT GLENIO SILVA'S  REPLY TO GOVERNMENT'S OPPOSITION FOR A BILL OF PARTICULARS*
*- 1*

While it is well-founded that inadequate notice of the charges impairs a defendant's ability to exercise his rights to confront witnesses against him and to compel the appearance of witnesses in his favor; as well as his counsel's discharge of the duty to investigate avenues of defense. Strickland v. Washington, 466 U.S. 669, 691 (1984), the government opposed the Bill of Particulars because, in part, it maintained that its discovery fully identified the individuals Mr. Silva harbored.

The parties continued to engage in discovery discussions since the filing of Mr. Silva's Motion for a Bill of Particulars. In a letter dated May 1, 2008, the prosecution first informed the defense that there was indeed an apparent error and confusion as to the exact individuals allegedly harbored by Mr. Silva. Indeed, the defense is now informed that seven aliens, not six as is listed in the indictment, were allegedly harbored. Further, the government has stated that in order to "clarify any inconsistency," it intends to seek a superseding indictment which will identify the seven aliens as well as include three more aliens.

Thus, in light of the government's representation that a new superseding indictment will be filed, Mr. Silva's motion is moot. Nonetheless, Mr. Silva respectfully reserves the right to file a new motion for a Bill of Particulars if necessary when the superseding indictment is returned.

Respectfully Submitted,

Dated: May 1, 2008          /s/_____
                            STEVEN F. GRUEL
                            Attorney for Glenio Silva

*DEFENDANT GLENIO SILVA'S REPLY TO GOVERNMENT'S OPPOSITION FOR A BILL OF PARTICULARS*
*- 2*