STEVEN F. GRUEL (CSBN 213148)

655 Montgomery Street, Suite 1700
San Francisco, California 94111
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Glenio Silva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00678-JSW |
| Plaintiff, | ) ) | DEFENDANT GLENIO SILVA'S REPLY TO GOVERNMENT'S |
| Vs. | ) ) | OPPOSITION TO NOTICE OF: |
| GLENIO JESUA FERREIRA SILVA, | ) ) | 1. INTENTION TO USE EVIDENCE; |
| Defendant. | ) ) ) ) ) | 2. Rule 404(b) EVIDENCE |

    Defendant Glenio Silva by and through his attorney, Steven F. Gruel, Esquire, hereby submits DEFENDANT GLENIO SILVA'S REPLY TO GOVERNMENT'S OPPOSITION TO NOTICE OF: (1) INTENTION TO USE EVIDENCE; and (2) Rule 404(b) EVIDENCE.

<u>MR. SILVA'S REPLY</u>

    It goes without saying that a defendant in a criminal case is entitled to the full protections of due process. The government agrees that surprise at trial, or in other words, "trial by ambush" is completely disfavored and unfair in our criminal justice system.

*DEFENDANT GLENIO SILVA'S REPLY TO GOVERNMENT'S OPPOSITION TO NOTICE OF: (1) INTENTION TO USE EVIDENCE; and (2) 404(b) EVIDENCE*

- 1

Notice to a defendant of the criminal charges as well as the prosecution's evidence to support the charges are salient to meaningful due process.  Explicit in the federal rules of procedure and evidence are requirements placed upon the government to give notice of certain evidence when requested by a defendant.   These statutory requests to the prosecution in accordance with Fed.R.Crim.P. 12(b) and (b)(4) and  Fed. R. Evid. 404(b) have been made by Mr. Silva in this case.  Although filed as oppositions, the prosecution has agreed to adhere to these statutory requests.  Thus, both defense requests are moot in light of the government's representations of compliance.[1]

However, with the Court's permission, Mr. Silva respectfully requests the right to reserve and raise any subsequent objection upon receiving the government's Rule 12 Notice of the evidence it intends to offer in its case-in-chief.  Likewise, Mr. Silva respectfully requests that the disclosure of any Rule 404(b) evidence be provided earlier than two weeks before trial.  Without knowing the content, volume, complexity or nature of any Rule 404(b) evidence until 2 weeks before trial, there is always the risk that the defense will have no alternative but to seek a trial continuance in order to effectively investigate and then possibly move to suppress such evidence.  Simply put, if the government is already in possession of what it considers to be Rule 404(b) evidence, there is no reason to withhold production until 2 weeks before trial.

                               Respectfully Submitted,

Dated:  May 2, 2008        /s/
                              STEVEN F. GRUEL
                              Attorney for Glenio Silva

---

[1] The prosecution has agreed to provide a compliant Fed. Crim. P. Rule 12 Notice to Mr. Silva before the May 15, 2008 hearing and also agreed to provide any Rule 404(b) evidence two weeks before trial.

*DEFENDANT GLENIO SILVA'S REPLY TO GOVERNMENT'S OPPOSITION*
*TO NOTICE OF: (1) INTENTION TO USE EVIDENCE; and (2) 404(b) EVIDENCE*

- 2