UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: May 15, 2008

Case No. CR- 07-678 JSW           Judge: Jeffrey S. White

United States of America   v.   Glenio Silva
                              Defendant
                              Present ( X ) Not Present ( ) In-Custody ( )

| Denise Barton | Steven Gruel |
|---|---|
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini        Court Reporter: Lydia Zinn
                                                      Portugese Interpreter: Susan Howard

## PROCEEDINGS

**REASON FOR HEARING:** Motion for Discovery Re: Selective Prosecution and Disclosure of Confidential Informant

**RESULT OF HEARING:** The Court heard argument from counsel.

        Motion for Discovery Re: Selective Prosecution: DENIED

        Motion for Disclosure of Confidential Informant: DENIED

        Counsel for the defendant indicated to the Court that he has 3 more motions to file.

Case Continued to 8-21-08 at 2:30 p.m. for Motions
(Motion Due:6-30-08; Opp Due: 7-21-08; Reply Due: 8-4-08)

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**