JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-678 JSW |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 15, 2008 THROUGH JUNE 30, 2008 |
|    v. | |
| GLENIO JESUA FERREIRA SILVA, | |
|    Defendant. | |

On May 15, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from May 15, 2008 through June 30, 2008, upon which date the defendant will file pre-trial motions. The parties represented that granting the continuance was necessary for effective preparation of counsel to afford

//

//

//

//

//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 07-678 JSW

1

defense counsel time to prepare the motions, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

DATED: May 16, 2008                          /s/_____
                                                DENISE MARIE BARTON
                                                Assistant United States Attorney

DATED: May 16, 2008                          /s/_____
                                                STEVEN GRUEL
                                                Attorney for GLENIO SILVA

     As the Court found on May 15, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from May 15, 2008 through June 30, 2008 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                        _____
                                            HONORABLE JEFFREY S. WHITE
                                            United States District Court Judge