1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                      UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,            )   CR No. 07-678 JSW
                                        )
15      Plaintiff,                      )   STIPULATION AND [PROPOSED] ORDER
                                        )   EXCLUDING TIME FROM MAY 15, 2008
16   v.                                 )   THROUGH JUNE 30, 2008
                                        )
17 GLENIO JESUA FERREIRA SILVA,         )
                                        )
18      Defendant.                      )
                                        )
19

20      On May 15, 2008, the parties in this case appeared before the Court and stipulated that

21 time should be excluded from the Speedy Trial Act calculations from May 15, 2008 through

22 June 30, 2008, upon which date the defendant will file pre-trial motions.  The parties represented

23 that granting the continuance was necessary for effective preparation of counsel to afford

24 //

25 //

26 //

27 //

28 //

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 07-678 JSW
                                    1

1  defense counsel time to prepare the motions, taking into account the exercise of due diligence.
2  See 18 U.S.C. § 3161(h)(8)(B)(iv).

4  SO STIPULATED:

5                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney

7  DATED: May 16, 2008              _____/s/_____
                                                 DENISE MARIE BARTON
8                                                Assistant United States Attorney

10 DATED: May 16, 2008              _____/s/_____
11                                               STEVEN GRUEL
                                                 Attorney for GLENIO SILVA

14     As the Court found on May 15, 2008, and for the reasons stated above, the Court finds
15 that the ends of justice served by the continuance outweigh the best interests of the public and
16 the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
17 calculations from May 15, 2008 through June 30, 2008 for effective preparation of counsel. See
18 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel
19 reasonable time necessary for effective preparation, taking into account the exercise of due
20 diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

21 SO ORDERED.

25 DATED: May 19, 2008              _____
                                                 HONORABLE JEFFREY S. WHITE
26                                               United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 07-678 JSW

2