STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Glenio Silva

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>GLENIO JESUA FERREIRA SILVA,<br><br>Defendant. | No. CR-07-00678-JSW<br><br>DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF DEFENDANT GLENIO SILVA'S MOTION TO SUPPRESS STATEMENTS<br><br>Honorable Jeffrey S. White<br><br>Hearing: August 21, 2008 @ 2:30 p.m. |

I, STEVEN F. GRUEL, declare as follows:

1. I make this declaration in support of defendant Glenio Silva's Motion To Suppress Statements for Violations of the 5th Amendment's Right Against Self-Incrimination.

2. I have reviewed the government's discovery in this case. Attached hereto and fully incorporated herein as Exhibit A is the government's June 16, 2007 Record of Sworn Statement with the Discovery Bates Number OPPH02458 – OPPH02465. I highlighted sections of this

*DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF GLENIO SILVA'S MOTION TO SUPPRESS STATEMENTS*

- 1

document in order for the Court to easier locate certain sections mentioned in the defense motion to suppress.

3. From my review of the discovery it does not appear that Mr. Silva was offered or provided with a Portuguese interpreter when he was interrogated by ICE agents.

4. Mr. Silva does not speak English fluently. Although I can communicate with Mr. Silva in English, Portuguese interpreters have been necessary in Court in order for Mr. Silva to fully understand, comprehend and communicate what is taking place during these proceedings. As another example, the hearing before the Labor Commissioner for the California Department of Labor, on a claim for money which was initiated by the government's informant, was postponed on one occasion because a Portuguese interpreter failed to appear for the hearing. When the hearing did take place, the Portuguese interpreter was present. Finally, often I have had difficulty communicating aspects of the case to Mr. Silva and, consequently, have had to talk with Mr. Silva's wife in order for her to communicate and/or translate the information to Mr. Silva.

5. To my knowledge, Mr. Silva has little or no experience with the criminal justice system.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed this 29th day of June 2008, at San Francisco, California.

STEVEN F. GRUEL
Attorney for Glenio Silva

*DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF GLENIO SILVA'S MOTION TO SUPPRESS STATEMENTS*

- 2 -

# EXHIBIT A

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
IMMIGRATIONS AND CUSTOMS ENFORCEMENT

RECORD OF SWORN STATEMENT

Office: SFR

File Number: A79 C28 043

Statement by: Glenio Jesus Ferreira Silva

In the case of: _____

At: 630 Sansome St., 6th fl., San Francisco     Date: 16 JUN 07

Before: SA Mike Brown e C/SCheryl Peterson

In the English Language. Interpreter _____ Used

I am an officer of United States Immigration and Customs Enforcement, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. I desire to take your sworn statement regarding:

Eu sou um oficial da imigracao dos Estados Unidos, autorizados pela lei para administrar juramentos de tomar depoimentos em relação a execução das leis de immigração e da nacionalidade dos Estados Unidos. Eu desejo tomar o seu depoimento em relação:

Your immigration status, current employment and identity documents.

Sua situação imigratoria, trabalho atual e documentos de identidade.

Before we ask you any questions, you must understand your rights.
Antes que nós lhe façamos qualquer pergunta, você deve compreender seus direitos.

OPPH02458

You have the right to remain silent.
Você tem o direito de ficar em silencio.

Anything you say can be used against you in court, or any immigration or administrative proceedings.
Qualquer coisa que você disser, pode ser usado contra voce em corte, ou em qualquer procedimento de imigracao ou administrativo.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
Você tem o direito de falar com um advogado para se aconselhar antes que nós lhe façamos qualquer pergunta e de tê-lo com você durante as perguntas.

If you cannot afford a lawyer, one will be appointed for you before questioning, if you wish.
Se você tiver recursos para um advogado, um sera apontado para você antes das preguntas, se você desejar.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.
Se você decidir responder as perguntas agora, sem um advogado presente, você ainda tem o direito de parar de responder a qualquer hora. Você também tem o direito de parar de responder a qualquer hora até que você fale com um advogado.

Initials (Inicial) GS

① 

Slvt. 12:50
6/16/2007

1. Q What's your name?
   A. Glenio Jesus F. Silva.

2. What's your DOB?
   A. Sept 2, 1968

3. Where were you born?
   A. D.F. (Brasilia), Brazil.

4. When did you come to US first?
   A. Went to Whisconsom about 1990. For agriculture job trein.

5. What's your current imm. status?
   A. Have a green card.

6. Where do you work?
   A. In my business. My 2 pizzarias.

7. Is one named Montrey Pizza on Montery blvd. in San Francisco?
   A. Yes

8. What's the name of the 2nd pizzeria?
   A. Pizza House

9. Where is that located?
   A. Hayward Calif.

   Are you the owner?
   A. Yes.

OPPH02459

11. How long have you owned the pizzarias?

    A. Monterey Pizza about 10 years. Howard Pizza House about 3 years.

12. Does anyone else own the 2 businesses.

    A. Yes, I have help ... people who finance. They help me.

13. They don't work @ the locations?

    A. No.

14. Do you hire the employees?

    A. Two people work at Monterey Pizza.

15. Did you hire the two people at Monterey?

    A. Yes.

16. Are there others who work there

    A. I work there and we are having a problem w/ another kid going to school

17. What are the names of the two employees we brought in today?

    A. Fabio and I don't remember the name of the other kid. Like I said we hired him now.

OPPH02460

③

18. You mean you hired him recently?

A. Yes

19. What kinds of ID did he show you when you hired him?

A. Today was the day I was going to talk to him. I'm not lying. I don't even know his name. The week before I was at Hayward.

20. Had you talked with him before?

A. No

21. When was he hired?

A. Maybe less than one week. This is the problem. One day someone works for you. The next day they don't call or show up. They don't say anything.

22. Has the new guy been paid yet?

A. I need to talk to Fab. to find out.

23. When was Fabio hired?

A. About one year.

OPPH02461

4. Did you hire him?

A. No. That time I used to have a manager.

(9)

he used to take care of everything.
He's been gone for about 4 months. The
business doesn't generate enough money.

25. Since the manager left about 4 months
ago, you've managed the Monterey pizza store?
Yes. He left about 4 months ago. To be
honest, I'm about lost in time.

Is this because they are illegal. I see
you're immigration a— I get the point.

26. Is Fabio here illegally?
A: Yes. You arrested him.

27. What do you think?
A. You already booked him. I'm not going to
say something you don't already know.

28. Did you check his immigration status when
hiring him?
A. No.

29. So you never asked him about his immigration status?
A. No. I never asked him.

OPPH02462

30. Do you have I-9 forms for your employees? It's a form where an employee shows you identification and helps determine if they can work in the USA?    ⑤

A. No. I don't have them. I don't know if this is going to complicate my life. It's your judgement.

When I came to this country, I came here for job training. Something bad happened at home so I stayed. Then I met my wife, so I needed a job. So I started making pizzas. I had to feed my two children. I don't know about these big problems like buildings blowing up. I'm just ~~try~~ ~~MB~~ trying to feed my children.

Maybe everything I'm saying will put me in jail, but I'm not a terrorist. You eat in the city. You know who works in the restaurants and hotels.

OPPH02463

(6)

Maybe I was born in the wrong part of the world where people make divisions. I'm getty emotional and worrying about my kids.

31. How did you pay your employees?

A. I paid them in cash.

32. How often?

A. Usually at the end of the day.

33. ==Did you arrange for their housing?==

A. ==I think some of these I might want a lawyer. I'm asking you. What do you think is best.==

— I can't recommend that you have a lawyer or not. It's your decision. It's a personal decision. You do have a right to a lawyer as I explained and when you read your rights.

A. ==But I don't know how this thing works. I've never had a lawyer.==

OPPH02464

(7)

- Note - agent re-read Miranda,
  explained line-by-line (again)
  subject requested lawyer.

- Asks Q. spontaneously.
  - "You guys want to set a terrorist?
    what's the point?"

Q. You know there are rules about hiring people who are allowed to work here. Do you think that could be a problem?

A. Yeah.

Q. ok., I'm going to finish the interview b/c you requested a lawyer.

end 1:45 am
6/16/2007

OPPH02465

Sworn Statement Re:
Date:

Do you have anything else to add?
Voce tem alguma coisa a mais para acrescentar?

I have read the foregoing (or it has been read to me in the Portuguese language) and solemnly swear it is the true and correct record of the statement made by me on this day and that all the statements are true and correct, to the best of my knowledge and belief.
Eu li o antecedente (ou me leram na lingua Portuguese) e eu juro que o registro do depoimento feito por mim neste dia, e todos os depoimentos sao verdadeiros e corretos ao melhor de meu conhecimento e opinião.

*Subject requested lawyer / Refusal to sign*

Signature (assinatura)

Signature of Officer (Assinatura do oficial)

Signature of Witness (Assinatura da testemunha)

Date and time (data e hora)

S/A 6/16/2007
Title (Titulo)

G/S 6/16/07
Title (Titulo)

Right Thumb Print

Right Index Print

OPPH02466