JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07-678 JSW |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE FOR FILING OPPOSITIONS TO DEFENDANT'S MOTIONS AND REPLIES TO OPPOSITIONS |
| v. | ) ) | |
| GLENIO JESUA FERREIRA SILVA, | ) ) | |
| Defendant. | ) ) | |

     On May 15, 2008, after a hearing on discovery motions, this Court set the following schedule for filing of substantive pretrial motions:

     Motions Due:           June 30, 2008

     Oppositions Due:     July 21, 2008

     Replies Due:            August 4, 2008

     Hearing Date:         August 21, 2008, 2:30 p.m.

*See Minute Order, ECF No. 70.* The defendant has filed three motions in accordance with this schedule - a *Motion to Dismiss the Indictment for Failure to Allege the Requisite*

1  *Specific Intent*; a *Motion to Dismiss Motion to Dismiss for Selective Prosecution and
2  Pursuant to the Court's Supervisory Powers*; and a *Motion to Suppress Statements for
3  Violation of the Fifth Amendment*.
4        The United States will file its response to the *Motion to Dismiss the Indictment for
5  Failure to Allege the Requisite Specific Intent* today, as ordered.  However, due to a
6  medical emergency suffered by Government counsel, the parties seek to amend the
7  motions schedule in the following respect which will not to change the hearing date and
8  still afford the court 15 days to review the papers prior to the scheduled hearing.
9      Oppositions Due:[1]        July 23, 2008
10     Replies Due:        August 6, 2008
11     Hearing Date:        August 21, 2008, 2:30 p.m.
12 As grounds for this amendment, the Government advises the Court, as it has already
13 advised defense counsel, that it had planned to complete the three Opposition briefs on
14 Saturday, July 19 and Sunday, July 20, for filing on Monday, July 21.  On Saturday, July
15 19, Government counsel suffered a fall and sustained injury to her knee which
16 necessitated ambulance transport to the hospital.  Due to the time at the hospital and pain
17 medications that were administered, Government counsel was not able to complete the
18 briefs as intended on Sunday, July 20.  Time has been excluded under the Speedy Trial
19 //
20 //
21 //
22 //
23 //

---

[1] As set forth herein, the United States will have already filed it Opposition to the *Motion to Dismiss Motion to Dismiss for Selective Prosecution and Pursuant to the Court's Supervisory Powers*; and a *Motion to Suppress Statements for Violation of the Fifth Amendment* and requests this Order granting leave to file its Opposition late with respect to *Motion to Dismiss Motion to Dismiss for Selective Prosecution and Pursuant to the Court's Supervisory Powers* and *Motion to Suppress Statements for Violation of the Fifth Amendment*.

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE FOR FILING OPPOSITIONS TO
DEFENDANT'S MOTIONS AND REPLIES TO OPPOSITIONS - CR 07-678 JSW

Act upon filing of the Motions and no further exclusion of time is necessary. *See* 18 U.S.C. § 3161(h)(1)(F).

SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: July 21, 2008         /s/
        DENISE MARIE BARTON
        Assistant United States Attorney

DATED: July 21, 2008         /s/
        STEVEN GRUEL
        Attorney for GLENIO SILVA

For the foregoing reasons, motions briefing schedule is amended in the manner set forth above such that

    Oppositions To Remaining
    Two Motions Due:    July 23, 2008
    Replies Due:    August 6, 2008
    Hearing Date:    August 21, 2008, 2:30 p.m.

SO ORDERED.

DATED:_____        _____
        Honorable Jeffrey S. White
        United States District Court Judge