1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7359
7       Facsimile: (415) 436-7234
        denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                               SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,         )   CR No. 07-678 JSW
                                     )
15      Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING THE DATE FOR
16   v.                              )   FILING OPPOSITIONS TO
                                     )   DEFENDANT'S MOTIONS AND
17 GLENIO JESUA FERREIRA SILVA,      )   REPLIES TO OPPOSITIONS
                                     )
18      Defendant.                   )
                                     )
19

20      On May 15, 2008, after a hearing on discovery motions, this Court set the

21 following schedule for filing of substantive pretrial motions:

22      Motions Due:           June 30, 2008

23      Oppositions Due:       July 21, 2008

24      Replies Due:           August 4, 2008

25      Hearing Date:          August 21, 2008, 2:30 p.m.

26 *See Minute Order, ECF No. 70.*  The defendant has filed three motions in accordance

27 with this schedule - a *Motion to Dismiss the Indictment for Failure to Allege the Requisite*

28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE FOR FILING OPPOSITIONS TO
DEFENDANT'S MOTIONS AND REPLIES TO OPPOSITIONS - CR 07-678 JSW
                                           1

1  *Specific Intent*; a *Motion to Dismiss Motion to Dismiss for Selective Prosecution and
2  Pursuant to the Court's Supervisory Powers*; and a *Motion to Suppress Statements for
3  Violation of the Fifth Amendment*.
4        The United States will file its response to the *Motion to Dismiss the Indictment for
5  Failure to Allege the Requisite Specific Intent* today, as ordered.  However, due to a
6  medical emergency suffered by Government counsel, the parties seek to amend the
7  motions schedule in the following respect which will not to change the hearing date and
8  still afford the court 15 days to review the papers prior to the scheduled hearing.
9        Oppositions Due:[1]        July 23, 2008
10       Replies Due:        August 6, 2008
11       Hearing Date:        August 21, 2008, 2:30 p.m.
12 As grounds for this amendment, the Government advises the Court, as it has already
13 advised defense counsel, that it had planned to complete the three Opposition briefs on
14 Saturday, July 19 and Sunday, July 20, for filing on Monday, July 21.  On Saturday, July
15 19, Government counsel suffered a fall and sustained injury to her knee which
16 necessitated ambulance transport to the hospital.  Due to the time at the hospital and pain
17 medications that were administered, Government counsel was not able to complete the
18 briefs as intended on Sunday, July 20.  Time has been excluded under the Speedy Trial
19 //
20 //
21 //
22 //
23 //

---

[1] As set forth herein, the United States will have already filed it Opposition to the *Motion to Dismiss Motion to Dismiss for Selective Prosecution and Pursuant to the Court's Supervisory Powers*; and a *Motion to Suppress Statements for Violation of the Fifth Amendment* and requests this Order granting leave to file its Opposition late with respect to *Motion to Dismiss Motion to Dismiss for Selective Prosecution and Pursuant to the Court's Supervisory Powers* and *Motion to Suppress Statements for Violation of the Fifth Amendment*.

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE FOR FILING OPPOSITIONS TO
DEFENDANT'S MOTIONS AND REPLIES TO OPPOSITIONS - CR 07-678 JSW

1  Act upon filing of the Motions and no further exclusion of time is necessary. *See* 18
2  U.S.C. § 3161(h)(1)(F).

4  SO STIPULATED:

5  　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　　United States Attorney

7  DATED: July 21, 2008　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　DENISE MARIE BARTON
8  　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

10 DATED: July 21, 2008　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　STEVEN GRUEL
11 　　　　　　　　　　　　　　　　　　　Attorney for GLENIO SILVA

15 　　　For the foregoing reasons, motions briefing schedule is amended in the manner set
16 forth above such that
17 　　　Oppositions To Remaining
18 　　　Two Motions Due:　　　July 23, 2008
19 　　　Replies Due:　　　　　　August 6, 2008
20 　　　Hearing Date:　　　　　August 21, 2008, 2:30 p.m.

22 SO ORDERED.

24 DATED: July 22, 2008　　　　　　　_____
25 　　　　　　　　　　　　　　　　　　　Honorable Jeffrey S. White
26 　　　　　　　　　　　　　　　　　　　United States District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE FOR FILING OPPOSITIONS TO
DEFENDANT'S MOTIONS AND REPLIES TO OPPOSITIONS - CR 07-678 JSW
3