| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07-678 JSW |
| Plaintiff, | ) ) ) | DECLARATION OF DENISE MARIE BARTON |
| v. | ) ) | |
| GLENIO SILVA, | ) ) | |
| Defendant. | ) ) ) | |

1. I am an Assistant United States Attorney in the Northern District of California. I am the prosecutor assigned to the above-captioned matter.

2. Attached are the following documents which were obtained from the defendant Glenio Silva's Alien File and which were filed in support of a petition to the Immigration and Naturalization Service:

    Exhibit 1:   Affidavit of Glenio Silva dated September 1, 2002;
    Exhibit 2:   Document from James R. Maycock;
    Exhibit 3:   Letter from Lawrence F. Jerome dated September 2, 2002.

3. Attached as Exhibit 4 is a transcript of the proceedings held before the Honorable Jeffrey S. White on May 15, 2008.

EXECUTED THIS 18th DAY OF JULY 2008.

*[signature]*
Denise Marie Barton