# EXHIBIT 1

STATE OF CALIFORNIA )
)
)
CITY OF HAYWARD AND COUNTY OF ALAMEDA )

SEP 18

I, Glenio Jesus Ferreira Silva state the following to the best of my knowledge:

1. My name is Glenio Silva, citizen of Brazil. I first came to the United States on September 19, 1990. I was admitted in J-1 status.

2. I did not receive any financial support from any U.S. government agencies nor any Brazilian Government sources for my J program.

3. I seek to have the two-year home residency requirement waived because my family is in the United States. I met my wife in 1998 and we have stayed together ever since. We got married in November, 1998 and recently, on May 29, 2002, my wife gave birth to our daughter, Marissa Ann Silva. I do not want to live away from my wife and my daughter who rely on my daily care and financial support.

4. In addition, I have started a successful business here, in California. I own two restaurants in San Francisco Bay Area. I have been managing the Monterey Pizza restaurant that I started in San Francisco in 1996, and I opened Mezzo Mezzo pizzeria in Hayward in 1999. I am very proud of my growing business and would like to expand it in the nearest future.

5. The result of a separation from my wife and daughter will be an extreme hardship to all of us. My daughter is only three months old. She will not be able to go with me to Brazil because she is completely dependent on her mother. She will be raised without knowing her father, and I believe that this will detrimental to her development.

6. My wife will suffer both professionally and emotionally. Professionally, it will be hard for her to continue to work as a restaurant manager without my assistance because it is a family business that I started years ago based on my knowledge of Brazilian cuisine and restaurant management. Emotionally it will be a real disaster for her to combine raising a little child with running the business. If I have to leave the United States, she will not be able to live together with her husband and this is going to be devastating to her.

7. Lastly, it will be extremely difficult for me to be away from the United States both professionally and emotionally. I have been managing the restaurant business in the United States since 1996. I will very likely not be able to pursue my professional specialty for at least two years if I were to return to Brazil. A two-year delay will significantly delay my career development and create many financial problems for myself and my family.

8. Emotionally, I cannot imagine being separated from my wife for such a long period of time. We have been together for about five years through both good and bad times and have never been away from each other for more than two weeks at a time. Subjecting my daughter to a separation from her father at such a tender age will be very hard for my daughter, my wife, and myself.

I therefore request that the two-year home residency requirement be waived.

G.S.
Sept/01/2002
DATE

Glenio Silva

91823
Waiver Review File Number

Ferreira
Silva,
Glenio
Jesus

OPPH00084