# EXHIBIT 3



# Jerland Farm

1483 - 14 1/2 Street
Barron, WI 54812

(715) 537-5413
(715) 537-3192
Fax (715) 537-5556
www.jerland.com

Department of State
Waiver Review Division

September 2, 2003

Dear Sir or Madam:

This letter is to confirm that Mr. Glenio Jesus Ferreira Silva participated in our J-1 trainee status between February 23, 1990 and August 19, 1991. The International Farmers Aid Association sponsored Mr. Ferreira Silva's J-1 application.

In 1990, The International Farmers Aid Association submitted a copy of Mr. Ferreira Silva's Form IAP-66 form to the Department of State. The International Farmers Aid Association no longer has a copy of Mr. Ferreira Silva's Form IAP-66.

Jerland Farm is a totally integrated dairy operation. We crop 3000 acres, raising alfalfa, soybeans, and corn. We have a registered Holstein herd recognized throughout the world. Glen participated in all areas of our operation. We was diligent worker and an excellent trainee. Glenio also was tutored in English by Darla Follinsbee-Delong. He was an excellent student. Mr. Ferriera Silva was a trainee in my home from February 23, 1990 until August 19, 1991 as part of this International Farmers Aid Program.

Further information about our farming operation can be viewed at www.jerland.com. If you should have any questions or require further information please do not hesitate to contact me.

Sincerely,

Lawrence F. Jerome
Jerland Farms

— *The Jerome Family* —

*Larry, Shelley, Daria, Moriah, Jeremy, Alicia, Lyndon, Sacia and Indira*

OPPH00086