# EXHIBIT 1

Case 3:07-cr-00678-JSW    Document 86-2    Filed 07/22/2008    Page 1 of 2

REQUESTED BY: PURFEERST, CHRISTOPHER M
OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER ▮▮▮▮▮ |

TITLE: THE HOUSES OF PIZZA AND THE HARBORING OF ILLEGAL ALIENS.

CASE STATUS: INTERIM RPT

| REPORT DATE | DATE ASSIGNED | PROGRAM CODE | REPORT NO. |
|---|---|---|---|
| 070207 | 102506 | 6L4 | 030 |

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: 6/15/2007 SILVA SPONTANEOUS UTTERANCE

SYNOPSIS:
On September 25, 2006 the Immigration and Customs Enforcement San Francisco Office (SAC-SF) the Special Agent-in-Charge received information concerning Brazilian Citizens who may have entered the United States and overstayed their tourist visas or entered without inspection. On June 15, 2007, the SAC San Francisco Compliance Enforcement/Worksite Enforcement Unit served Criminal Search Warrants on The Pizza House at 954 B Street in Hayward, California and Monterey Pizza at 599 Monterey Blvd in San Francisco, California, and executed five criminal arrest warrants.

This report documents a post-arrest statement made by Glenio Silva witnessed by the Reporting Agent (RA) and Special Agent (SA) Purfeerst.

| DISTRIBUTION: | SIGNATURE: | | |
|---|---|---|---|
| SACSF | MACKEY | JASON G | SPECIAL AGENT |
| | APPROVED:<br>PETERSON | CHERYL | OI GRP SUPERVISOR |
| | ORIGIN OFFICE: SF<br>SAN FRANCISCO, CA - | TELEPHONE: 415 844 5824 | |
| | | TYPIST: MACKEY | |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OPPH00063