1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

4 | DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359

7 | Facsimile: (415) 436-7234
denise.barton@usdoj.gov

8

Attorneys for Plaintiff

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,     )   CR No. 07-678 JSW
                      )

14 |     Plaintiff,           )   NOTICE OF ERRATA: EXHIBIT 1 TO THE
                      )   DECLARATION OF JASON MACKEY IN

15 |   v.                )   SUPPORT OF THE UNITED STATES'
                      )   MEMORANDUM OPPOSING

16 | GLENIO JESUA FERREIRA SILVA,   )   DEFENDANT'S MOTION TO SUPPRESS
                      )   STATEMENTS

17 |     Defendant.         )
                      )

18

19 |       COMES NOW, THE UNITED STATES OF AMERICA, and hereby files this Errata Re:

20 | Exhibit 1 to the Declaration of Jason Mackey in Support of the United States' Memorandum

21 | Opposing Defendant's Motion to Suppress Statements for Violation of 5th Amendment Right

22 | Against Self-Incrimination, in the form of the **Exhibit 1** to Jason Mackey's Declaration, which is

23 | attached hereto.

24 | DATED: July 22, 2008           Respectfully submitted,

25 |                         JOSEPH P. RUSSONIELLO
                        United States Attorney

26

27 |                           /s/ Denise Barton
                        DENISE M. BARTON

28 |                         Assistant United States Attorney

NOTICE OF ERRATA, CR 07-678 JSW

1