UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: August 21, 2008

Case No. CR- 07-678 JSW             Judge: Jeffrey S. White

United States of America   v.   Glenio Silva
                                Defendant
                                Present ( X ) Not Present ( ) In-Custody ( )

| Denise Barton | Steven Gruel |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini       Court Reporter: Debra Pas
                                      Portugese Interpreter: Robert de Lima

## PROCEEDINGS

**REASON FOR HEARING:** Hearing on Motion to Suppress

**RESULT OF HEARING:**   The Court heard argument from counsel
                         For the reasons set forth on the record, the Court
                         granted in part the motion to suppress.

Case Continued to 2-2-09 at 2:00 p.m. for Pretrial Conference

Case Continued to 2-23-09 at 8:30 a.m. for Jury Trial

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**