1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2
3 | BRIAN STRETCH (CABN 163973)
Chief, Criminal Division
4 | DENISE MARIE BARTON (MABN 634052)
TRACIE L. BROWN (CABN 184339)
5 | Assistant United States Attorneys

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
7 | Telephone: (415) 436-7200
Facsimile: (415) 436-7234
8 | denise.barton@usdoj.gov

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 07-678 JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| GLENIO JESUA FERREIRA SILVA, | ) |
| Defendant. | ) |

This matter is currently scheduled for sentencing before this Court on July 16, 2009. For the following reasons, the parties seek to continue sentencing to August 6, 2009.

Since the date for sentencing was set, vacation plans for lead counsel for the United States were rescheduled and set for July 10, 2009 through July 24, 2009, during which time she will be out of the country. The dates of this vacation travel unfortunately could not be scheduled around the currently-set sentencing date because this vacation travel is made in conjunction with a business trip of lead counsel's travel companion. Counsel apologizes to the Court and counsel

UNITED STATES V. SILVA,
STIPULATION AND [PROPOSED] ORDER,
CR 07-678 JSW

1

1  for this inconvenience.
2      The defendant is currently out of custody and does not object to this continuance.
3      The Probation Officer does not object to this continuance and is available on the
4  requested date.

6  SO STIPULATED:
7                                      JOSEPH P. RUSSONIELLO
                                       United States Attorney

9  DATED: May 13, 2009              _____/s/_____
10                                     DENISE MARIE BARTON
                                       TRACIE L. BROWN
11                                     Assistant United States Attorney

12 DATED: May 14, 2009              _____/s/_____
13                                     STEVEN GRUEL
                                       Attorney for GLENIO SILVA

16 SO ORDERED.
17    For the foregoing reasons, this Court continues sentencing until August 6, 2009 at 2:30 pm.

19 DATED: May 14, 2009              _____
20                                     HONORABLE JEFFREY S. WHITE
                                       United States District Court Judge

UNITED STATES V. SILVA,
STIPULATION AND [PROPOSED] ORDER,
CR 07-678 JSW

2