STEVEN F. GRUEL (CSBN 213148)
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Glenio Silva

FILED
MAY 2 1 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00678-JSW (BZ) |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING TRAVEL ORDER |
| Vs. ) | |
| GLENIO JESUA FERREIRA SILVA, ) | |
| Defendant. ) | |

The parties hereby stipulate to a slight modification of a travel order (Document Number 191) authorized by the Honorable Jeffery S. White on May 18, 2010 in the above case. Specifically, Judge White authorized travel defendant Glenio Silva's travel to Brazil from May 25, 2010 to June 20, 2010. However, because this business travel has minor changes in meeting dates, the parties agree that the departure date can be changed by one (1) day to May 24, 2010 and the return day can be changed by one (1) day to June 21, 2010.

Judge White is unavailable from May 19, 2010 until May 26, 2010. Hence, the parties can not seek this modification with Judge White. Magistrate Judge Zimmerman originally set the bail in this case.

*STIPULATION AND [PROPOSED] ORDER MODIFYING TRAVEL ORDER*

- 1

1  The prosecution of Mr. Silva is completed and he is currently serving his conditions of
2  probation. Supervisory United States Probation Officer Marlana Peter has been contacted
3  concerning this modification and has no objection to this request.
4  SO STIPULATED.

/s/
STEVEN F. GRUEL, Esquire
Attorney for Glenio Silva

/s/
DENISE MARIE BARTON
Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to the above stipulation, the May 18, 2010 travel order is modified to permit the defendant's departure to Brazil to May 24, 2010 and his return to the United States to June 21, 2010.

IT IS SO ORDERED.

DATED: 21 May 10

HONORABLE BERNARD ZIMMERMAN

*STIPULATION AND [PROPOSED] ORDER MODIFYING TRAVEL ORDER*

- 2